STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Email: Jonathan.Lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 20-0317-02 JSW |
|     Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE SENTENCING |
| v. | ) AND [PROPOSED] ORDER |
| | ) |
| LUIS CRUZ, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

STIPULATION TO CONTINUE HEARING
Case No. CR 20-0317-02 JSW

On March 20, 2023, the Court issued an order continuing sentencing from March 21, 2023 to April 4, 2023. Dkt. No. 605. Counsel for the United States has a conflict for April 4, 2023. The parties met and conferred and have agreed, subject to the Court's approval, to continue sentencing to April 25, 2023 at 1:00 p.m. The Probation Officer is available. Undersigned counsel confirmed with the Court's staff that April 25, 2023 will work for the Court's schedule.

IT IS SO STIPULATED.

DATED: March 21, 2023

_____/s/_____
JONATHAN U. LEE
Assistant United States Attorney

DATED: March 21, 2023

_____/s/_____
JEFFREY BORNSTEIN
Counsel for Defendant CRUZ

STIPULATION TO CONTINUE HEARING
Case No. CR 20-0317-02 JSW

## [PROPOSED] ORDER

For good cause shown, it is hereby ordered that the sentencing hearing is continued to April 25, 2023, at 1:00 p.m.

IT IS SO ORDERED.

DATED:  March 22, 2023

_____
HON. JEFFREY S. WHITE
Senior United States District Judge

cc: USPO Denise Mancia

STIPULATION TO CONTINUE HEARING
Case No. CR 20-0317-02 JSW