ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ROBERT DAVID REES (CABN 229441)
Assistant United States Attorney

1301 Clay Street, 3rd Floor
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Email: robert.rees@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNESTO MISSIEGO,<br><br>Defendant. | No. CR 20-317 JSW<br><br>**UNITED STATES' SENTENCING MEMORANDUM**<br><br>Date: October 1, 2024<br>Time: 1:00PM<br>Court: Hon. Jeffrey S. White. |

On February 12, 2022, the Court sentenced Missiego to 24 months in custody followed by three years of supervised release for his role in a narcotics distribution crime. Dkt. 702 at 1. The defendant committed his violations mere days after beginning his term of supervised release. *Id.* Specifically, he has admitted to possession of a firearm and association with gang members. *See id.*

Such quick and serious violations of the defendant's supervised release are concerning. At the same time, the fact that the defendant had issues so early on allows for quick intervention with the hope that he can correct these issues going forward. As Probation has put it, "there is still an opportunity for change." *Id.* at 2.

The United States agrees with U.S. Probation's Guidelines calculations that yield an advised sentence of 8-14 months (Violation Grade B, Criminal History Category III) for his admitted violations

as described above. *See id.* The government further agrees with U.S. Probation's recommendation of a 13-month custodial sentence for these violations, to be followed by 23 months of supervised release. *See id.*

This joint recommendation both recognizes the seriousness of the conduct perpetrated by the defendant and the defendant's history and characteristics. Perhaps most importantly, a 13-month sentence approaches the 24-month sentence he received in the underlying matter. *See id.* at 1. While Missiego's amenability to supervision is questionable given the timing of this allegation, this substantial sentence should help emphasize the seriousness of the violations.

A 13-month sentence will also serve the justified and important purpose "to afford adequate deterrence to criminal conduct" and "to protect the public from further crimes of the defendant." § 3553(a)(2)(B) & (C). This sentence is near the high end of that recommended by the Guidelines, a nationally considered set of recommended standards that bears serious consideration. Moreover, a continued supervised release term of 23 months after Missiego serves his time in custody will allow Probation adequate time to attempt to get Missiego better integrated into the community.

For these reasons, the United States recommends that the Court revoke Missiego's supervision and sentence him to 13 months of custody, to be followed by a term of supervised release of 23 months that include the conditions recommended by Probation in its violation memorandum. *See* Dkt. 702.

DATED: September 24, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s
ROBERT DAVID REES
Assistant United States Attorney